**FILED**
**JAN 2 3 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE HINDS<br>PO Box 594<br>Hartford, CT 06141<br>202-407-0161.<br>              Plaintiff,<br><br>              v.<br><br>RICHARD CORDRAY,<br>Director, Consumer Financial Protection<br>Bureau<br>1700 G Street NW Washington DC 20552,<br><br>              Defendant. | Case: 1:17-cv-00023   Jury Demand<br>Assigned To : Walton, Reggie B.<br>Assign. Date : 1/23/2017<br>Description: Employ. Discrim. (H Deck) |

## MOTION FOR PLAINTIFF TO USE PO BOX AS FULL ADDRESS FOR COMPLAINT

1.     Pursuant to LCvR 5.1(c), "The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party". Plaintiff, Janice Hinds moves the court to grant her permission to use PO Box 594, Hartford, CT 06141 as her full mailing address.

2.     The Plaintiff works as an examiner for the Consumer Financial Protection Bureau (CFP) and is home duty stationed at her residence in Windsor, Connecticut. The Plaintiff travels overnight away from her residence/home duty station frequently to conduct team examinations of assigned financial institutions. The Plaintiff conducted overnight travel approximately 112 nights in 2016. The Plaintiff established the PO Box to receive and secure her mail while she is in travel status away from home. The Plaintiff established a PO Box at the main post office in Hartford, Connecticut, which allows box holders access their mail twenty-four hours of every day.

**RECEIVED**
JAN 2 3 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



3.     Due to the Plaintiff's significant travel schedule, she is not available to receive and sign for any certified mail. The Plaintiff's PO Box signs for and accepts certified mail for box holders. Therefore, the Plaintiff can timely receive any certified mail sent by the Defendant.

    Respectfully submitted this 23rd day of January, 2017

    _____
Janice Hinds, Pro Se Plaintiff
PO Box 594
Hartford CT 06141
(202) 407-0141

## CERTIFICATE OF SERVICE

I hereby certify that I will attach and serve a true and correct copy of the foregoing MOTION FOR PLAINTIFF TO USE PO BOX AS FULL ADDRESS FOR COMPLAINT with the summons and original complaint within the dates prescribed by the Federal Rules of Civil Procedure upon:

        Richard Cordray, Director
        Consumer Financial Protection Bureau
        1700 G Street NW
        Washington DC 20552

_____
Janice Hinds, Pro Se Plaintiff