UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE HINDS,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CORDRAY,<br><br>Defendant. | Civil Action No. 1:17-cv-00023 (RBW) |

**NOTICE OF SIGNIFICANT FACT IN CASE**

The purpose of this notice is to communicate to Honorable Judge Reggie B. Walton, United States District Judge that I have received information that shows the Defendant has not turned over all relevant evidence in this case. The evidence involves a letter that I recently received from the Agency regarding a disclosure issue. I believe it is imperative that you consider this evidence before rendering a decision on the Defendant's Motions for Dismissal and Summary Judgment. I am sending an email to the Defendant to notify them that I am filing this motion because I believe that is what is required. I am not an attorney and lacking when it comes to the technical aspects of the law.

Respectfully Submitted, this 26th Day of June, 2017.

By: Janice Hinds, Pro Se Plaintiff
PO Box 594
Hartford CT 06141
202-407-0161

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Kevin E. Friedl
Kevin.Friedl@cfpb.gov

_____
Janice Hinds, Plaintiff
PO Box 594
Hartford CT 06141
202-407-0161 (Office/Cell)